# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>WILBER MANUEL POSADA (1),<br><br>                              Defendant. | Case No. 20-cr-02124-BAS-1<br><br>**ORDER DENYING MOTION TO SEAL** |

Presently before the Court is Defendant Wilber Manuel Posada's motion to seal his Sentencing Memorandum. Mr. Posada's request is over broad. Counsel may refile to seal portions of the Sentencing Memorandum.

The public has a First Amendment right of access to criminal proceedings and documents in those proceedings. *United States v. Bus. of Custer Battlefield Museum & Store Located at Interstate 90, Exit 514, S. of Billings, Mont.*, 658 F.3d 1188, 1192 (9th Cir. 2011). Where this right applies, "criminal proceedings and documents may be closed to the public without violating the [F]irst [A]mendment only if three substantive requirements are satisfied: (1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest." *United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

1     Having reviewed Mr. Posada's request, he does not satisfy this standard. Therefore, the Court **DENIES** the motion to seal.

    **IT IS SO ORDERED.**

**DATED: April 28, 2021**

Hon. Cynthia Bashant
United States District Judge